United States District Court
Southern District of Texas

**ENTERED**
November 18, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRYSTAL ONE ACQUISITIONS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-1225 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| | § | |
| Defendant. | § | |

## FINAL DECLARATORY JUDGMENT

For the reasons explained in the accompanying Memorandum and Opinion, Krystal One's motion for leave to amend its complaint, Docket Entry No. 13, is granted. Krystal One's motion for summary judgment, Docket Entry No. 7, is denied. Bank of America's motion for summary judgment, Docket Entry No. 4, is granted. Bank of America has a valid and enforceable lien on the property located at 16959 Great Glen, Houston, Texas 77084.

SIGNED on November 18, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge